IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

GLORIA E. MCCALEB,

          Plaintiff,

vs.

MASSAC COUNTY, ILLINOIS,
MASSAC COUNTY, ILLINOIS SHERIFF
TED HOLDER, PATRICK WINDHORST,
and JOHNATHAN BEARD,

          Defendants.

No.:   18-cv-_____

## COMPLAINT

Now Comes Gloria E. McCaleb, by her attorneys, Howerton, Dorris, Stone & Lambert, and for her Complaint against Defendants Massac County, Illinois, Massac County, Illinois Sheriff Ted Holder, Patrick Windorst, and Johnathan Beard, states:

### Introduction

When a citizen of the State of Illinois or the United States of America is arrested and then incarcerated without a warrant, it is incumbent upon the government, acting by and through its agents (police, jailers, sheriffs, wardens, and prosecutors) to bring without undue delay that citizen, whose freedom has been abridged, before a judge who can determine if the arrest and incarceration is consistent with Constitutional principles and protections.

### Statement of Jurisdiction

1.    This claim arises out of 42 U.S.C. §1983.

## Parties

2.    Plaintiff is an American citizen residing in Massac County, Illinois.

3.    Defendant Massac County, Illinois is an entity of local government organized under the laws of the State of Illinois.

4.    Defendant Ted Holder, Sheriff of Massac County, Illinois, is an independently-elected constitutional law enforcement officer under the Constitution of the State of Illinois.

5.    Defendant Johnathan Beard is a Deputy Sheriff of the Massac County, Illinois Sheriff's Department.

6.    Defendant Patrick Windhorst, Massac County, Illinois States Attorney, is an independently-elected constitutional officer under the Constitution of the State of Illinois.

## Claim For Relief

7.    At all times relevant herein, the Fourth Amendment to the U.S. Constitution did guarantee the plaintiff protection against unreasonable search and seizure.

8.    On July 13, 2017, Gloria McCaleb was placed under arrest by law enforcement officers of the Metropolis, Illinois Police Department.

9.    Gloria McCaleb's arrest on July 13, 2017 was executed without an arrest warrant.

10.    After her arrest and on July 13, 2017, Gloria McCaleb was incarcerated by at the Massac County Detention Center.

2

11.     According to Illinois law (730 ILCS 125/2), the Massac County Sheriff is the warden of the Massac County Detention Center, responsible for the custody of all prisoners in that facility.

12.     According to Illinois law (730 ILCS 125/3), the Massac County Sheriff is responsible for the hiring and training of all personnel necessary to operate the jail.

13.     On July 20, 2017, after seven days of continuous incarceration at the Massac County Detention Center, Gloria McCaleb complained in writing that she had yet to have her first judicial appearance and had remained jailed without charge.

14.     On or after July 20, 2017, defendant Johnathan Beard responded to Gloria McCaleb's complaint by informing her in writing that she had a "court system issue."

15.     On July 20, 2017, after seven days of continuous incarceration at the Massac County Detention Center, a criminal information and affidavit of probable cause were for the first time filed with the Massac County Circuit Court.

16.     Gloria McCaleb, however, was not brought before a judge for another five days, which was on July 25, 2017.

17.     Gloria McCaleb remained incarcerated continuously at the Massac County Detention Center between July 13, 2017 and July 25, 2017 in deprivation of her Constitutional rights.

18.     Defendants each had a duty to do that which was necessary and within their power endowed by their respective offices to present Gloria McCaleb

to a judge who could determine whether her arrest, incarceration, and prolonged incarceration were consistent with Constitutional principles.

19.     The extended incarceration of Gloria McCaleb from July 13, 2017 to July 25, 2017, together with defendants' failure to perform the duties of their respective offices to present Gloria McCaleb to a judge prior to July 25, 2017 constituted a violation of her rights under the Fourth Amendment of the U.S. Constitution.

20.     As a proximate result of defendants' failure, individually or collectively, Gloria McCaleb was damaged due to the deprivation of her liberties as guaranteed by the Constitution.

21.     As a result, the defendants are liable to the plaintiff pursuant to 42 U.S.C. §1983.

WHEREFORE, your Plaintiff prays for judgment against each defendant, plus costs of suit and attorney fees under 42 U.S.C. §1983.

HOWERTON, DORRIS, STONE & LAMBERT

By      *James R. Lambert*
        IL. Bar No.:
        300 West Main
        Marion, IL 62959
        (618) 993-2616 – Telephone
        (618) 997-1845 – Fax
        jlambert@hdslawfirm.com
        Attorney for Plaintiff

4